IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-32-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ATP OILFIELD SERVICES LLC,

    Defendant.

## ORDER OF APPROVAL

The Court has reviewed the Deferred Prosecution Agreement, attached as Exhibit 1 to the Joint Notice of Agreement and Motion for Deferral of Prosecution ("Joint Motion for Deferral"), and orders that the Joint Motion for Deferral is GRANTED. The Court further orders that

(1) All proceedings and deadlines in this matter are stayed for 36 months from the date of this Order;

(2) Pursuant to 18 U.S.C. § 3161(h)(2), 36 months are excluded in computing the time within which the trial of offenses relating to this matter must commence.

DATED this _____ day of February, 2023.

BY THE COURT:

_____
Hon. Nina Y. Wang
United States District Judge